UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOAN M. HOWARD,

    Plaintiff,

v.

AMSHER COLLECTION SERVICES, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant mailed letters into this District.

## PARTIES

3. Plaintiff, JOAN M. HOWARD, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, AMSHER COLLECTION SERVICES, INC., ("Amsher") is a corporation formed under the laws of the State of Alabama and citizen of the

State of Alabama with its principal place of business at Suite 15, 4524 Southlake Parkway, Hoover, Alabama 35244.

5. Defendant is registered with the Florida Department of State Division of Corporations as a foreign corporation. Its registered agent for service of process is the Corporation Service Company, 1201 Hayes Street, Tallahassee, Florida 32301.

6. Defendant is registered with the Florida Office of Financial Regulation as a consumer collection agency.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant sought to collect from Plaintiff an alleged debt arising from Plaintiff's bill for cellular telephone service.

12. On or about May 5, 2016, Defendant mailed a letter to Plaintiff regarding the alleged debt, attached as Exhibit "A".

13. The letter was Defendant's first communication with Plaintiff regarding the alleged debt.

14. The letter states that the creditor is T-Mobile.

15. The letter states that the current creditor is Amsher Collection Services.

16. The letter states that Amsher Collection Services is the authorized agent of T-Mobile.

17. The FDCPA requires a debt collector to state in the initial letter "the name of the creditor to whom the debt is owed…" 15 U.S.C. §1692g(a)(2).

18. Defendant fails through ambiguity and confusion to state the name of the creditor to whom the debt is owed.

19. Plaintiff is harmed by the failure to know with certainty the identity of the party to whom she allegedly is indebted.

## COUNT I
## FAILURE TO STATE THE NAME TO WHOM THE DEBT IS OWED

20. Plaintiff incorporates Paragraphs 1 through 19.

21. Defendant's letter fails to state the name of the creditor to whom the debt is owed in violation of 15 U.S.C. §1692g(a)(2).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>don@donyarbrough.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658