# EXHIBIT "A"



AMSHER COLLECTION SERVICES, INC.
4524 Southlake Parkway, Suite 15
Birmingham, AL 35244
800-955-7632

Phone Hours 7:00AM to 9:00PM CST
Friday 7:00AM to 6:00PM CST
Saturday 7:00AM to 3:30PM CST
Sunday 1:00PM to 7:00PM CST

  May 5, 2016

# IMPORTANT NOTICE

THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

The above account is seriously delinquent and the balance owed has been placed with this office for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with name and address of original creditor, if different from the current creditor.

As an authorized agent for T-MOBILE, AmSher Collection Services is pleased to inform you that T-MOBILE has authorized us to offer you a settlement on your account 17719650. By taking advantage of this offer, you will be able to settle your account with T-MOBILE for the amount of $491.52. This will be a savings of $326.32 to you. In order to take this offer, the settlement amount must be paid in one payment and is only valid until 06/19/2016. Acceptance or rejection of this offer will not affect your right to dispute the validity of this debt or any portion thereof.

We are not obligated to renew this offer.

To take this offer, please contact us at 1-877-936-1171. Our office accepts most credit cards, debit cards, and checks over the telephone.

PAY ONLINE AT: http://jhoward3agvw.revexpress.com

PASSWORD:

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for this purpose.**

Jason Borkovec

Director of Operations

### Account Summary

| | |
|---|---|
| **Creditor** | |
| T-MOBILE | |
| **Creditor's Reference** | |
| 942200493 | |
| **Current Creditor** | |
| Amsher Collection Services | |
| **ACS Account #** | |
| 17719650 | |
| **Total Due** | |
| $817.84 | |

- Settle your past due obligation at a discounted rate.
- Satisfaction that your obligation is resolved
- Collection efforts cease



Scan this code with your smartphone to pay your bill online

 

AmSher Collection Services, Inc. has a Better Business Bureau Rating of B

AMSHER.wfd 144 641599 00000703