```
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62098-CIV-ZLOCH
```

JOAN M. HOWARD,

    Plaintiff,

vs.                                     **FINAL ORDER OF DISMISSAL**

AMSHER COLLECTION SERVICES, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 8) filed herein by Plaintiff, Joan M. Howard, and Defendant, Amsher Collection Services, Inc.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   The Joint Stipulation For Dismissal With Prejudice (DE 8) filed herein by Plaintiff, Joan M. Howard, and Defendant, Amsher Collection Services, Inc., be and the same is hereby approved, adopted and ratified by the Court;

    2.   The above-styled cause be and the same is hereby **DISMISSED**, with prejudice, each party to bear its own attorneys' fees and costs; and

    3.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of September, 2016.



                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:
All Counsel of Record